

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-16-00101-CV |
| IN THE MATTER OF E.J.E., | § | Appeal from |
| A JUVENILE. | § | 65th District Court |
| | § | of El Paso County, Texas |
| | § | (TC # 1400465) |
| | § | |

## MEMORANDUM OPINION

Appellant, E.J.E., a juvenile, has filed a motion to voluntarily dismiss his appeal pursuant to TEX.R.APP.P. 42.1(a)(1). The motion is supported by a letter from E.J.E. stating that he has discussed the appeal with his attorney and he understands the consequences of its dismissal. We conclude that this is sufficient to show that E.J.E. has knowingly waived his right to appeal. Accordingly, the motion to dismiss the appeal is granted.


March 14, 2017

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.